Date: 01/15/10

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-10269 - RALSTON, STEVEN JAMES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Internal Revenue Service PO Box 21126 Philadelphia PA 19114 | 000020A | 201.91 | 3.15 |
| | | 201.91 | 3.15 |

---------- Remittance Total --------------

STEVEN L. SPETH, Trustee

F I L E D
AT WICHITA, KS

JAN 1 9 2010

CLERK
U.S. Court of Bankruptcy
By_____Deputy

Date: 01/15/10

Case Number: 08-10269
Debtor Name: RALSTON, STEVEN JAMES    REN
SSN: 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

Check Number: 1025

Paid To:
CLERK, U.S. BANKRUPTCY COURT
401 N MARKET RM 167
WICHITA KS 67202

Amount: 3.15

Description: Claim 000020A, Payment 1.56010% Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

Trustee: STEVEN L. SPETH
300 WEST DOUGLAS
SUITE 230
WICHITA, KS 67202

Bank Account Number: